# EXHIBIT B

# REQUEST FOR JUDICIAL INTERVENTION
UCS-840 (7/2012)

**New York Supreme COURT, COUNTY OF New York**

**Index No:**  **Date Index Issued:**

**For Court Clerk Use Only:**
IAS Entry Date
Judge Assigned
RJI Date

**CAPTION:** Enter the complete case caption. Do not use et al or et ano. If more space is required, attach a caption rider sheet.

Manhattan Cryobank, Inc.

**Plaintiff(s)/Petitioner(s)**

-against-

Megan Hensley

**Defendant(s)/Respondent(s)**

## NATURE OF ACTION OR PROCEEDING:
Check ONE box only and specify where indicated.

**MATRIMONIAL**
- [ ] Contested

**NOTE:** For all Matrimonial actions where the parties have children under the age of 18, complete and attach the **MATRIMONIAL RJI Addendum**. For Uncontested Matrimonial actions, use RJI form UD-13.

**TORTS**
- [ ] Asbestos
- [ ] Breast Implant
- [ ] Environmental:
- [ ] Medical, Dental, or Podiatric Malpractice
- [ ] Motor Vehicle
- [ ] Products Liability:
- [ ] Other Negligence:
- [ ] Other Professional Malpractice:
- [ ] Other Tort:

**COMMERCIAL**
- [ ] Business Entity (including corporations, partnerships, LLCs, etc.)
- [ ] Contract
- [ ] Insurance (where insurer is a party, except arbitration)
- [ ] UCC (including sales, negotiable instruments)
- [ ] Other Commercial:

**NOTE:** For Commercial Division assignment requests [22 NYCRR § 202.70(D)], complete and attach the **COMMERCIAL DIV RJI Addendum**.

**REAL PROPERTY:** How many properties does the application include?
- [ ] Condemnation
- [ ] Mortgage Foreclosure:   [ ] Residential   [ ] Commercial
  Property Address:
  **NOTE:** For Mortgage Foreclosure actions involving a one- to four-family, owner-occupied, residential property, or an owner-occupied condominium, complete and attach the **FORECLOSURE RJI Addendum.**
- [ ] Tax Certiorari - Section:   Block:   Lot:
- [ ] Tax Foreclosure
- [ ] Other Real Property:

**OTHER MATTERS**
- [ ] Certificate of Incorporation/Dissolution  [see **NOTE** under Commercial]
- [ ] Emergency Medical Treatment
- [ ] Habeas Corpus
- [ ] Local Court Appeal
- [ ] Mechanic's Lien
- [ ] Name Change
- [ ] Pistol Permit Revocation Hearing
- [ ] Sale or Finance of Religious/Not-for-Profit Property
- [ ] Other:

**SPECIAL PROCEEDINGS**
- [x] CPLR Article 75 (Arbitration)  [see **NOTE** under Commercial]
- [ ] CPLR Article 78 (Body or Officer)
- [ ] Election Law
- [ ] MHL Article 9.60 (Kendra's Law)
- [ ] MHL Article 10 (Sex Offender Confinement-Initial)
- [ ] MHL Article 10 (Sex Offender Confinement-Review)
- [ ] MHL Article 81 (Guardianship)
- [ ] Other Mental Hygiene:
- [ ] Other Special Proceeding:

## STATUS OF ACTION OR PROCEEDING:
Answer YES or NO for EVERY question AND enter additional information where indicated.

| | YES | NO | |
|---|---|---|---|
| Has a summons and complaint or summons w/notice been filed? | [ ] | [x] | If yes, date filed: |
| Has a summons and complaint or summons w/notice been served? | [ ] | [x] | If yes, date served: |
| Is this action/proceeding being filed post-judgment? | [ ] | [x] | If yes, judgment date: |

**NATURE OF JUDICIAL INTERVENTION:** Check ONE box only AND enter additional information where indicated.

- [ ] Infant's Compromise
- [ ] Note of Issue and/or Certificate of Readiness
- [ ] Notice of Medical, Dental, or Podiatric Malpractice — Date Issue Joined:
- [ ] Notice of Motion — Relief Sought: — Return Date:
- [x] Notice of Petition — Relief Sought: Confirm/Disapprove Award/Report — Return Date: 04/26/2019
- [ ] Order to Show Cause — Relief Sought: — Return Date:
- [ ] Other Ex Parte Application — Relief Sought:
- [ ] Poor Person Application
- [ ] Request for Preliminary Conference
- [ ] Residential Mortgage Foreclosure Settlement Conference
- [ ] Writ of Habeas Corpus
- [ ] Other:

**RELATED CASES:** List any related actions. For Matrimonial actions, include any related criminal and/or Famiy Court cases. If additional space is required, complete and attach the **RJI Addendum**. If none, leave blank.

| Case Title | Index/Case No. | Court | Judge (if assigned) | Relationship to Instant Case |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**PARTIES:** For parties without an attorney, check "Un-Rep" box AND enter party address, phone number and e-mail address in space provided. If additional space is required, complete and attach the **RJI Addendum**.

| Un-Rep | Parties: List parties in caption order and indicate party role(s) (e.g., defendant; 3rd-party plaintiff). | Attorneys and/or Unrepresented Litigants: Provide attorney name, firm name, business address, phone number and e-mail address of all attorneys that have appeared in the case. For unrepresented litigants, provide address, phone number and e-mail address. | Issue Joined (Y/N): | Insurance Carrier(s): |
|---|---|---|---|---|
| [ ] | Name: Manhattan Cryobank, Inc. <br> Role(s): Plaintiff/Petitioner | JOSEPH TRIPODI, KRANJAC TRIPODI & PARTNERS LLP, 30 Wall St FL 12 , New York, NY 10005, jtripodi@ktpllp.com | NO |  |
| [x] | Name: Hensley, Megan <br> Role(s): Defendant/Respondent | 2644 Arsenal Street, Saint Louis, MO 63118 | NO |  |
| [ ] | Name: <br> Role(s): |  |  |  |
| [ ] | Name: <br> Role(s): |  |  |  |
| [ ] | Name: <br> Role(s): |  |  |  |

**I AFFIRM UNDER THE PENALTY OF PERJURY THAT, TO MY KNOWLEDGE, OTHER THAN AS NOTED ABOVE, THERE ARE AND HAVE BEEN NO RELATED ACTIONS OR PROCEEDINGS, NOR HAS A REQUEST FOR JUDICIAL INTERVENTION PREVIOUSLY BEEN FILED IN THIS ACTION OR PROCEEDING.**

Dated: 03/19/2019 — JOSEPH TRIPODI
**SIGNATURE**

2917789 — JOSEPH TRIPODI
**ATTORNEY REGISTRATION NUMBER** — **PRINT OR TYPE NAME**

*This form was generated by NYSCEF*