**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MANHATTAN CRYOBANK, INC.,

                      Petitioner,                    19 **CIVIL** 3370 (PGG)

       -against-                                **JUDGMENT**

MEGAN HENSLEY, individually and as next
of friend of S.J.E., a minor,
                      Respondent.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 11, 2020, Petitioner's motion to confirm the arbitration award is granted in part and denied in part. Hensley is entitled to an award of $88,700 on her negligence and malpractice claims against MCB. The portion of the Award pertaining to S.J.E. – section (b) - is vacated. Each party shall bear their own costs and attorneys' fees. Each party shall bear its share of the Arbitrator's fees and administrative costs of JAMS incurred in connection with the matter and this Final Award resolves, and is in full settlement of, all claims submitted to this Arbitration; accordingly, the case is closed**.**

**Dated**: New York, New York
       August 11, 2020

                                          **RUBY J. KRAJICK**
                                          _____
                                          **Clerk of Court**
                     **BY:**       K. Mango
                                          _____
                                          **Deputy Clerk**